# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. 07-00157-05-CR-W-NKL** |
| ) | |
| **KRAMMER DUFFIELD,** ) | |
| ) | **Date: March 25, 2008** |
| **Defendant.** ) | |

## MINUTE SHEET

HONORABLE JOHN MAUGHMER presiding at Kansas City, Missouri.
================================================================
Nature of Proceeding: Change of Plea Hearing
Time: 2:33 p.m. - 2:55 p.m.
Plaintiff by: Rudy Rhodes        Defendant by: Jackie Rokusek

Comments:

The defendant appeared to change his plea from not guilty to guilty to Count 1 of the Superseding Indictment. The defendant was questioned by the Court regarding his physical and mental condition. Defendant was advised of his rights, waiver of rights by a guilty plea and maximum penalty. The defendant entered a guilty plea to Count 1 of the Superseding Indictment. The Court will recommend to Judge Nanette Laughrey the defendant's plea be accepted. The Court ordered a Presentence Investigation Report.


Report: Donna Turner
By: Renea Kanies, Courtroom Deputy